UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 17-1902 JVS(JPRx) | Date | February 20, 2018 |
| Title | Donna Dugo v. Plaza El Toro Investors Ltd. | | |

| | |
|---|---|
| Present: The Honorable | James V. Selna |

| | |
|---|---|
| Karla J. Tunis | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)**   Order Granting Plaintiff's Motion to File First Amended Complaint

    Plaintiff Donna Dugo ("Dugo") filed a consented motion for leave to file a First Amended Complaint ("FAC") pursuant to Federal Rule of Civil Procedure 15(a)(2). (Docket No. 14.) Defendant Plaza El Toro Investors Ltd. ("Plaza El Toro") did not oppose the motion.

    Rule 15(a)(1) allows parties to amend their pleadings once as a matter of course within 21 days after service of certain documents. Fed. R. Civ. P. 15(a)(1). In all other circumstances, parties may amend their pleadings only with written consent from the opposing party or leave of court. Fed. R. Civ. P. 15(a)(2).

    After filing her complaint, Dugo learned that El Toro Plaza, L.P. is the controller of the land and that Plaza El Toro is not a proper defendant. (Docket No. 14 at 2.) On January 22, 2018, Plaza El Toro consented in writing to Dugo amending her complaint to replace Plaza El Toro with El Toro Plaza, L.P. (Id.) There are no other substantive changes in the FAC. (Id.) Because Dugo obtained written consent from Plaza El Toro, amendment is proper under Fed. R. Civ. P. 15(a)(2).

    Accordingly, the Court **grants** Dugo's motion to file a FAC. The Court finds that oral argument would not be helpful in this matter and therefore vacates the February 26, 2018 hearing. See Fed. R. Civ. P. 78; L.R. 7-15.

    **IT IS SO ORDERED.**

| | | |
|---|---|---|
| | Initials of Preparer | kjt |