Elise M. Kern, Bar No. 204075
ekern@ptwww.com
Erin K. Oyama, Bar No. 271639
eoyama@ptwww.com
PALMIERI, TYLER, WIENER, WILHELM & WALDRON LLP
1900 Main Street, Suite 700
Irvine, CA 92614-7328
Telephone: (949) 851-9400
Facsimile: (949) 757-1225

Attorneys for Defendant
EL TORO PLAZA, L.P., a limited partnership

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA DUGO, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>EL TORO PLAZA, L.P., a limited partnership; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. SACV17-01902 JVS (JPRx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint filed: February 27, 2018<br><br>Current response deadline: March 22, 2018<br><br>Proposed response deadline: April 12, 2018 |

The parties to the above entitled action, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS Plaintiff Donna Dugo filed her Complaint on February 27, 2018;

WHEREAS Defendant El Toro Plaza L.P.'s response to Plaintiff's Complaint is currently due on March 22, 2018;

WHEREAS in order to allow sufficient time for Defendant El Toro Plaza L.P. to evaluate and respond to Plaintiff's claims and for the parties to discuss a possible early resolution of this matter, the parties have agreed that Defendant El Toro Plaza L.P. may have an extension, until and including April 12, 2018, to respond to Plaintiff's Complaint.

1  IT IS SO STIPULATED between Plaintiff and Defendant, by and through their
2  undersigned attorneys that:
3      1.    Upon approval of the Court, which approval the parties respectfully
4  request, the time for Defendant El Toro Plaza L.P. to respond to Plaintiff's Complaint is
5  extended until and including April 12, 2018.

7  Dated: March 19, 2018　　　　　　　PALMIERI, TYLER, WIENER,
　　　　　　　　　　　　　　　　　　　　　　WILHELM & WALDRON LLP

　　　　　　　　　　　　　　　　　　　　By: /s/ Erin K. Oyama
　　　　　　　　　　　　　　　　　　　　　　Erin K. Oyama
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant El Toro Plaza
　　　　　　　　　　　　　　　　　　　　　　L.P.

Dated: March __, 2018　　　　　　　　MANNING LAW, APC

　　　　　　　　　　　　　　　　　　　　By: /s/ Craig G. Cote
　　　　　　　　　　　　　　　　　　　　　　Craig G. Cote
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　Donna Dugo

Palmieri, Tyler, Wiener
Wilhelm & Waldron LLP
Attorneys at Law

0.0

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1900 Main Street, Suite 700, Irvine, CA 92614-7328 and my email address is jsidebotham@ptwww.com.

On March 19, 2018, I served the following document(s) on the person or persons listed on the Service List:

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

**SERVICE LIST**

Joseph R. Manning, Jr., Esq.
Michael J. Manning, Esq.
Craig G. Cote, Esq.
MANNING LAW, APC
4667 MacArthur Blvd., Ste. 150
Newport Beach, CA 92660

Tele: 949-200-8755
email: ADAPracticeGroup@manninglawoffice.com

[X] (E-MAIL - Electronic Service) TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): The foregoing document will be served by the court via NEF and hyperlink to the document. On March 19, 2018, I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 19, 2018, at Irvine, California.

| Jody E. Sidebotham | /s/ Jody E. Sidebotham |
|---|---|
| (Type or print name) | (Signature) |